IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Henderson, Ruby

Printed: 2/19/08

Case Number: 06 B 10157
Judge: Wedoff, Eugene R
Filed: 8/18/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 3, 2008
Confirmed: October 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,374.00 |  |
| Secured: |  | 472.91 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,733.23 |
| Trustee Fee: |  | 167.86 |
| Other Funds: |  | 0.00 |
| Totals: | 3,374.00 | 3,374.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,824.00 | 2,733.23 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Jeffro Furniture Company | Secured | 153.91 | 153.91 |
| 4. | National Furniture | Secured | 387.50 | 158.00 |
| 5. | Monterey Financial Services | Secured | 541.74 | 161.00 |
| 6. | GMAC Mortgage Corporation | Secured | 15,202.43 | 0.00 |
| 7. | Cash America Financial Services | Unsecured | 486.46 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 765.53 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 1,524.66 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 258.71 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 446.55 | 0.00 |
| 12. | Jeffcapsys | Unsecured |  | No Claim Filed |
| 13. | Aspire | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,591.49 | $ 3,206.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 114.58 |
| 5.4% | 53.28 |
| | _____ |
| | $ 167.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Henderson, Ruby | Case Number: 06 B 10157 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/19/08 | Filed: 8/18/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____